AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>Sinmyah Amera Ceasar,<br><br>*Defendant* | )<br>)<br>) Case No. 17-CR-48, 19-CR-117<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Sinmyah Amera Ceasar                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for Supervised Release Violation conference on August 25, 2021 at 9:00 a.m.
Removing location monitoring bracelet without authorization, in violation of her conditions of supervised release.


Date:    08/25/2021

/s/ [signature]
*Issuing officer's signature*

City and state:    Brooklyn, New York            Hon. Kiyo A. Matsumoto, U.S.D.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
_____
*Arresting officer's signature*

_____
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Sinmyah Amera Ceasar

Known aliases:

Last known residence: Wolcott Hotel, New York NY

Prior addresses to which defendant/offender may still have ties:

Last known employment: Diwan Cafe, 175 Atlantic Ave, Brooklyn, NY

Last known telephone numbers:

Place of birth:

Date of birth: 11/14/1994

Social Security number: 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

Height:                                     Weight:

Sex: Female                                 Race: African American

Hair:                                       Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Prior conviction for conspiring to provide material support to designated foreign terrorist organization (ISIS)

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: C5LWL1CPL

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Michael Imrek, U.S. Probation Officer 347-408-9999

Date of last contact with pretrial services or probation officer *(if applicable)*: